

Entered on Docket
June 18, 2009

_____
**Hon. Bruce A. Markell
United States Bankruptcy Judge**
_____

David Krieger, Esq.  
Nevada Bar No: 9086  
George Haines, Esq.  
Nevada Bar No: 9411  
HAINES & KRIEGER, LLC  
1020 Garces Ave.  
Las Vegas, NV 89101  
Phone: (702) 880-5554  
FAX: (702) 385-5518  
Email: info@hainesandkrieger.com  
Attorney for Eloy M. Sedillos and Robyn Sedillos  

E-FILED: June 18, 2009

### UNITED STATES BANKRUPTCY COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| In Re: | ) Case No. BKS-08-24959-BAM<br>) Chapter 13<br>)<br>) |
| **Eloy M. Sedillos and Robyn Sedillos**, | )<br>)<br>) |
| Debtor(s). | )<br>)<br>) |

### EX- PARTE ORDER AND MOTION TO DISMISS CHAPTER 13 CASE

COME NOW, Debtors, **Eloy M. Sedillos and Robyn Sedillos**, by and through attorney of record, David Krieger, Esq., and hereby elect pursuant to 11 U.S.C. § 1307(b), to dismiss the above-captioned case. The Debtors are entitled to dismiss this case because:

1. This case, filed on December 13, 2008, is a case under Chapter 13 of the Bankruptcy Code.

- 2 -

2. This case has not been previously converted under Section 706 or 1112 of the Bankruptcy Code.

**IT IS THEREFORE ORDERED** that Case No. 08-24959-BAM is hereby dismissed.

Dated: June 18, 2009

/s/David Krieger, Esq.
David Krieger, Esq.
Attorney for Debtor(s)

###